# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| VS. | ) ) ) | FILE NO. 4:15-CV-180-HLM |
| BPS INTERNATIONAL, INC. AND SPS INTERNATIONAL, INC. DBA DUFFY MOTEL AND ROSSER MOTEL | ) ) ) ) ) | |
| Defendants. | ) | |

## SCOTTSDALE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.

The undersigned counsel of record for Scottsdale Insurance Company ("Scottsdale") certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Scottsdale Insurance Company**: Scottsdale is owned by Nationwide Mutual Insurance Company;

**BPS International, Inc.; and**

- 1 -

**SPS International, Inc.**

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Scottsdale is owned by Nationwide Mutual Insurance Company.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff Scottsdale Insurance Company:

> William H. Major, III
> Georgia Bar No.:  466750
> Brian W. Sprinkle
> Georgia Bar No.:  673036
> HAWKINS PARNELL THACKSTON & YOUNG LLP
> 4000 SunTrust Plaza
> 303 Peachtree Street, NE
> Atlanta, Georgia  30308
> (404) 614-7400

Defendants BPS International, Inc. and SPS International, Inc.:

> Paul Oliver
> WIMBERLY, LAWSON, STECKEL, SCHEIDER & STINE, P.C.
> 3400 Peachtree Road, NE, Suite 400

Atlanta, Georgia 30326
(404) 365-0900

Respectfully submitted, this 3rd day of June, 2016.

                         **HAWKINS PARNELL**
                             **THACKSTON & YOUNG LLP**

| | |
|---|---|
| | /s/ Brian W. Sprinkle |
| 303 Peachtree Street, NE | William H. Major, III |
| Suite 4000 | Georgia Bar No.:  466750 |
| Atlanta, GA  30308-3243 | Brian W. Sprinkle |
| P: (404) 614-7400 | Georgia Bar No.:  673036 |
| F: (404) 614-7500 | |
| E: wmajor@hptylaw.com | *Attorneys for Plaintiff* |
|    bsprinkle@hptylaw.com | *Scottsdale Insurance Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| | ) | FILE NO. 4:15-CV-180-HLM |
| v. | ) ) | |
| BPS INTERNATIONAL, INC. AND SPS INTERNATIONAL, INC. DBA DUFFY MOTEL AND ROSSER MOTEL | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the within and foregoing pleading was filed with the Clerk of Court using the CM/ECF system which will send notification to all parties of record as follows:

Paul Oliver, Esq.
3400 Peachtree Road, NE
Suite 400, Lenox Towers
Atlanta, Georgia 30326


This 3rd day of June, 2016.

                        **HAWKINS PARNELL
                              THACKSTON & YOUNG LLP**

/s/ Brian W. Sprinkle
Brian W. Sprinkle
Georgia Bar No.: 673036
*Attorneys for Scottsdale Insurance Company*

- 1 -